| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Floridian Pools, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | FKA  Floridian Pools Design, Inc. | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-5367464** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**1420 Royal Palm Beach Blvd.**<br>**Suite A**<br>**Royal Palm Beach, FL 33411**<br>Number, Street, City, State & ZIP Code<br><br>**Palm Beach**<br>County | **Mailing address, if different from principal place of business**<br><br>**440 Tall Pines Road**<br>**Suite A**<br>**West Palm Beach, FL 33401**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Floridian Pools, Inc.**  Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Floridian Pools, Inc.**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Floridian Pools, Inc.**        Case number (*if known*)_____
    Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Floridian Pools, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 28, 2024**
MM / DD / YYYY

X **/s/ Elajuwan Davis**                                **Elajuwan Davis**
Signature of authorized representative of debtor          Printed name

Title  **CEO**

**18. Signature of attorney**

X **/s/ Mark S. Roher**                                 Date **January 28, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Mark S. Roher**
Printed name

**Law Office of Mark S. Roher, P.A.**
Firm name

**1806 N. Flamingo Road**
**Suite 300**
**Pembroke Pines, FL 33028**
Number, Street, City, State & ZIP Code

Contact phone  **(954) 353-2200**     Email address  **mroher@markroherlaw.com**

**178098 FL**
Bar number and State

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 5

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Floridian Pools, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bank of America** P.O. Box 15796 Wilmington, DE 19886-5796 | | | | | | $154,798.39 |
| **Caesarstone** 6840 Hayvenhurst Ave. Van Nuys, CA 91406 | | **Invoice Nos. 2110711049 and 2110677821** | | | | $10,924.10 |
| **Calabash Outdoors, Inc.** 1174 Florida Central Pkwy Longwood, FL 32750 | | **Invoice No. 12688** | | | | $12,160.00 |
| **Divvy** 13707 S. 200 W. Suite 100 Draper, UT 84020 | | | | | | $53,585.42 |
| **Hopscotch** 734 Broadway Floor 5 New York, NY 10003 | | | | | | $200,000.00 |
| **North Mill Equipment Finance LLC** 601 Merrit 7 Ste 5 Norwalk, CT 06851 | | **2022 Western Predator 403FE17 Plaster Pump/mixer** | | $166,016.48 | $0.00 | $166,016.48 |
| **SCP Distributors LLC** 18201 N. 25th Ave Ste C-1 Phoenix, AZ 85023 | | | | | | $200,000.00 |

Debtor **Floridian Pools, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **SCP Distributors LLC**<br>**231-Pompano Beach-SCP Dist.**<br>**1401 SW 2nd St.**<br>**Pompano Beach, FL 33069-3213** | | | | | | $5,099.29 |
| **Silicon Valley Bank**<br>**3003 Tasman Dr.**<br>**Santa Clara, CA 95054** | | | | | | $16,048.41 |
| **Stoneline Group**<br>**West Palm Beach**<br>**7830 Byron Dr.**<br>**Suite 1**<br>**West Palm Beach, FL 33404** | | **Invoice No. 14831** | | | | $13,803.52 |
| **U.S. Small Business Administration**<br>**2 North Street**<br>**Suite 230**<br>**Birmingham, AL 35203** | | | | $482,812.00 | $0.00 | $482,812.00 |

```
Bank of America
P.O. Box 15796
Wilmington, DE 19886-5796


Caesarstone
6840 Hayvenhurst Ave.
Van Nuys, CA 91406


Calabash Outdoors, Inc.
1174 Florida Central Pkwy
Longwood, FL 32750


Ceasarstone
P.O. Box 603791
Charlotte, NC 28260-3791


Divvy
13707 S. 200 W.
Suite 100
Draper, UT 84020


Hopscotch
734 Broadway
Floor 5
New York, NY 10003


Hornerexpress-South Florida, Inc.
5755 Powerline Road
Fort Lauderdale, FL 33309


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
7850 SW 6th Court
Fort Lauderdale, FL 33324


Internal Revenue Service
c/o Merrick Garland, US Attorney General
950 Pennsylvannia Avenue, NW
Washington, DC 20530-0001
```

```
Internal Revenue Service
c/o Markenzy Lapointe, U.S. Attorney
99 N.E. 4th Street
Miami, FL 33132


Law Office of Yates & Schiller, P.A.
7900 Glades Rd., Ste 405
Boca Raton, FL 33434


North Mill Credi Trust
Executive Circle
Suite 230
Irvine, CA 92614


North Mill Equipment Finance LLC
601 Merrit 7
Ste 5
Norwalk, CT 06851


Raychelle A. Tasher, Esq.
99 NE 4 Street
4th Floor
Miami, FL 33132


SCP Distributors LLC
18201 N. 25th Ave
Ste C-1
Phoenix, AZ 85023


SCP Distributors LLC
231-Pompano Beach-SCP Dist.
1401 SW 2nd St.
Pompano Beach, FL 33069-3213


Silicon Valley Bank
3003 Tasman Dr.
Santa Clara, CA 95054


Silicon Valley Bank
P.O. Box 2360
Omaha, NE 68103


Stoneline Group West Palm Beach
7830 Byron Dr.
Suite 1
West Palm Beach, FL 33404
```

```
U.S. Small Business Administration
2 North Street
Suite 230
Birmingham, AL 35203
```